HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HEATHER LUURS,

      Plaintiff,

v.

CAROLYN COLVIN,

      Defendant.

CASE NO. C13-5391 RBL

ORDER AFFIRMING COMMISSIONER

The Court, having reviewed the petition, the Report and Recommendation of United States Magistrate Judge John L. Weinberg, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

1. The Court takes note of the error mentioned in Defendant's Objection [Dkt. #25]. Where the Report and Recommendation refers to the step five analysis of "past relevant work" it should say "other work" in accordance with the step five guidelines. 20 C.F.R. §§ 404.1520(a)(4)(v), 416.920(a)(4)(v).

2. The Court adopts the Report and Recommendation subject to the clarification above;

3. The Court AFFIRMS the decision of the Commissioner; and

ORDER AFFIRMING COMMISSIONER- 1

1    4.  The Clerk is directed to send copies of this Order to all counsel, and to United States

2    Magistrate Judge John L. Weinberg.

3    Dated this 1st day of August, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE